UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                )
David E. Gravlin, Jr.        )        CHAPTER 13
Debtor                            )        CASE NO. 17-41714-CJP
                                        )

# RESPONSE TO SUPPLEMENTAL MOTION TO DISMISS CHAPTER 13

Now comes David Gravlin, Jr. (hereinafter "Debtor") by and through his attorney, James P. Ehrhard, and responds to the Supplemental Motion to Dismiss Chapter 13 filed by Lora A. Fickett, as follows:

The Debtor asserts that he has fulfilled his domestic support obligations to his ex-wife Lora A. Fickett. Ms. Fickett did not number her paragraphs in her motion but for purposes of this response the Debtor will respond to each paragraph as if they were numbered.

1. The Debtor admits that there were three (3) children that were the product of his marriage with Lora A. Fickett.

2. The Debtor states that, in full context, he is fulfilling his requirements under the separation agreement with respect to college expenses.

3. The Debtor states that, in full context, he is fulfilling his requirements under the separation agreement with respect to uninsured medical and dental expenses.

4. The Debtor states that, in full context, he is fulfilling his requirements under the separation agreement with respect to college expenses.

5. The Debtor states that, in full context, he is fulfilling his requirements under the separation agreement with respect to medical and dental expenses.

WHEREFORE, the Debtor respectfully requests that this Honorable Court not dismiss the above-captioned case.

    Respectfully submitted,
David E. Gravlin, Jr.
By his attorney,

/s/ James P. Ehrhard
James P. Ehrhard, Esq.
BBO # 651797
Ehrhard& Associates, P.C.
250 Commercial Street, Ste 410
Worcester, MA 01608
(508) 791-8411
ehrhard@ehrhardlaw.com

Dated: June 14, 2019

## CERTIFICATE OF SERVICE

     I, James P. Ehrhard, on this 14th day of June, 2019 do hereby certify that I served a copy of the *Response to Supplemental Motion to Dismiss Chapter 13* to the parties listed below via first class mail if not noted as having received electronic service:

Richard King, Esq.: VIA ECF

Denise Pappalardo, Esq.: VIA ECF

Wendy Mead, Esq.: VIA ECF

Lora Fickett
36 Bulkeley Road
Littleton, MA 01460

                                             /s/ James P. Ehrhard
                                             James P. Ehrhard, Esq.

Anderson, Floyd, Esq.
89 Wells Ave
Newton Center, MA 02459

Babbitt, April, Esq.
PO Box 1340
Pepperell, MA 01463

Bank of America
PO Box 15019
El Paso, TX 79998

Cabellas
PO Box 82608
Lincoln, NE 68501

Central MA Cardiovascular
Attn #9024E
PO Box 14000
Belfast, ME 04915

Central MA Cardiovascular
Attn #9024E
PO Box 14000
Belfast, ME 04915

Citizens Bank
PO Box 7000
Providence, RI 02940

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

David E. Gravlin, Jr.
111 Chase Road
Lunenburg, MA 01462

FIA Card Services
PO Box 982238
El Paso, TX 79998

Fickett, Lora
36 Bulkeley Road
Littleton, MA 01460

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Lora Fickett
36 Bulkeley Road
Littleton, MA 01460

Massachusetts Department Of Revenue
PO Box 9564
Boston, MA 02114

MDOR / Child Support Division
PO Box 7010
Boston, MA 02204

Moody, Sheila
817 Boston Road
Groton, MA 01450